No. 730, Misc. KELLY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Edward Bennett Williams* and *Harold Ungar* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 366. McCULLOUGH TOOL CO. ET AL. *v.* WELL SURVEYS, INC., ET AL., 383 U. S. 933;

No. 672. FIELDSMITH *v.* TEXAS STATE BOARD OF DENTAL EXAMINERS, 382 U. S. 977;

No. 856. LORD ET AL. *v.* HELMANDOLLAR ET AL., 383 U. S. 928;

No. 989. PERATI ET AL. *v.* UNITED STATES, 383 U. S. 957;

No. 1020. W. W. I. Z., INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL., 383 U. S. 967;

No. 1042. CARR *v.* UNITED STATES, 383 U. S. 968;

No. 142, Misc. McGRUDER *v.* MASSACHUSETTS, 383 U. S. 972;

No. 597, Misc. DAILEY *v.* MARYLAND, *ante,* p. 913;

No. 736, Misc. DURONIO *v.* PRASSE, CORRECTIONS COMMISSIONER, *ante,* p. 913;

No. 884, Misc. COLLINS *v.* UNITED STATES, 383 U. S. 960; and

No. 1256, Misc. KHABIRI *v.* VIRGINIA ELECTRIC & POWER CO. ET AL., 383 U. S. 971. Petitions for rehearing denied.

No. 1045, Misc. CONWAY *v.* CALIFORNIA ADULT AUTHORITY, 383 U. S. 971. Motion for leave to file petition for rehearing denied.